**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESUS GONZALEZ, *an individual*,

      Plaintiff,                        CASE NO.: 1:24-cv-20329-KMM

vs.

SUNSHINE RETAIL INVESTMENTS, LLC, d/b/a FRESCO Y MAS, *a Florida limited liability company*, and FRANK W. GUILFORD, JR. AS TRUSTEE,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JESUS GONZALEZ, hereby notifies this Court that a settlement in principle has been reached in this case. The parties are in the process of finalizing the terms of their agreement and request a stay for thirty (30) days for Plaintiff to either file his Notice of Dismissal with Prejudice or for litigation to resume.

                    Respectfully Submitted,

                    **LAW OFFICES OF NOLAN KLEIN**
                    *Attorneys for Plaintiff*
                    5550 Glades Road, Suite 500
                    Boca Raton, FL 33431
                    PH: (954) 745-0588

                    By: */s/ Nolan Klein*
                    NOLAN KLEIN, ESQ.
                    Florida Bar No. 647977
                    klein@nklegal.com
                    amy@nklegal.com

                         and

**ENTIN LAW GROUP, P.A.**
*Co-counsel for Plaintiff*
1213 S.E. 3rd Avenue
Fort Lauderdale, FL 33316
Tel: (954) 761-7201

By: */s/ Joshua M. Entin*
JOSHUA M. ENTIN, ESQ.
Florida Bar No. 493724
josh@entinlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **19th** day of **September,** 2024.

By: */s/ Nolan Klein*
NOLAN KLEIN, ESQ.

## SERVICE LIST:

**EVAN ZUCKERMAN, ESQ.**
Fla. Bar No. 52974
Vernis & Bowling of Broward, P.A.
5821 Hollywood Blvd.
Hollywood, FL 33021
Tel: (954) 927-5330
Fax: (954) 921-5320
ezuckerman@florida-law.com
*Attorneys for Defendants*